OPINION HEADING PER CUR 









                NO. 12-07-00228-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

NATHAN
ROBERTS,          §          APPEAL FROM THE 159TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

SOUTHLAND
HEALTH

CARE CENTER, L.P.,          §          ANGELINA
COUNTY, TEXAS

APPELLEE   

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            This appeal is being dismissed for want of
prosecution.  Tex. R. App. P. 42.3(b). 
Appellant perfected his appeal on June 20, 2007.  Thereafter, the clerk’s record was filed on
July 23, 2007, making Appellant’s brief due on or before August 22, 2007.  When Appellant failed to file his brief
within the required time, this court notified him on August 24, 2007 that the
brief was past due and warned that if no motion for extension of time to file
the brief was received by September 4, 2007, the appeal would be dismissed for
want of prosecution under Texas Rule of Appellate Procedure  42.3(b). 
The notice further informed Appellant that the motion for extension of
time must contain a reasonable explanation for his failure to file the brief
and a showing that Appellee had not suffered material injury thereby.

            To date, Appellant has neither complied with or otherwise
responded to this court’s August 24, 2007 notice.  Accordingly, we dismiss the
appeal for want of prosecution. 
See Tex. R. App. P.
38.8(a)(1), 42.3(b).

Opinion
delivered September 12, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

(PUBLISH)